07,318-05

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 13 2016

Abel Acosta, Clerk

BARBARA GLADDEN ADAMICK
MONTGOMERY COUNTY
DISTRICT CLERK

BARBARA GLADDEN ADAMICK          NOTICE TO THE COURT OF CRIMINAL APPEALS
SUITE 103
P.O. BOX, 2985
CONROE, TX 77305-2985


RE: TRIAL CT. CAUSE NO.96-11-01599-CR-(2)

STYLE: LAGARY HARRISON,          APPLICANT


Dear Ms. Adamick

Please find enclosed the Applicant's Motion To Supplement the Court of Criminal Appeals Records. Please file this original copy with your Honorable 359th District Court., And a copy with the prosecutor's office.


Thank you for your attention to this matter;


Sincerely:


Signed and placed in TDCJ mail
Box June __8th__, 2016;

By _____
Lagary Harrison
#806969
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102

@

IN THE 359TH DISTRICT COURT OF
MONTGOMERY COUNTY, TEXAS

LAGARY    HARRISON                                   CASE NO: 09-00-00372-CR

VS.

THE STATE OF TEXAS                                  COURT NO: 96-11-01599-CR

MOTION TO SUPPLEMENT THE RECORDS TO BE SEND TO COURT OF CRIMINAL APPEALS

COMES NOW, Lagary Harrison, pro-se in the above-numbered cause. Requests the Honorable 359th District Court of Montgomery County, to Supplement the records to be send to the Court of Criminal Appeals., Where after Applicant's review of the State's Answer, and Proposed Findings of Facts and Conclusion of Law, Where the State requests that the following Records be send to the Court of Criminal Appeals as follows;

(1) the indictment, judgment and sentence in the above-numbered case;

(2) all filings relating to this application for a writ of habeas corpus, including the State's answer and all supplements and amendments thereto, and (3) the Court's Findings of Facts and Conclusions of Law, Recommendation and Order.

However, the State has fail to include (Applicant's Ex-NFI) the Literature of American Academy of Pediatrics in 1987 that is up-dated by 2012 scientific evidence concerning Hymen in Newborn Females:

(Applicant's Ex-NFI) is very important to showing his innocence of the crime for which he is convicted of. The Court of Criminal Appeals should have the right to review all of Applicant's evidence that supports his claim of innocence.

Furthermore, this is a denial of Applicant's Rights To Access To The Court of Criminal Appeals. The Court of Criminal Appeals should have the opportuity

1.

to have an expert review Applicant's Ex-HB and Ex-NFI or in the alternative Order that the trial court have a hearing giving Applicant a fair opportuity to have Dr. Harry J. Bonnell testify to prove explanations about which of his account is accurate concerning Ex-HB and Ex-NFI which Ex-HB was founded. "Where the State has become an expert in Pediatrics, Hymen, and Renal Agensis.

Applicant further requests that the same Records be send to him due to the fact he is arguing his cause pro-se which would give him fairly acquaintance in this proceedings.

## PRAYER

WHEREFORE, PREMISSES, CONSIDERED, the Applicant respectfully prays this Honorable Court Grant this Motion To Supplement the Records send to the Court of Criminal Appeals by adding the Applicant's Ex-NFI, the American Academy of Pediatrics in 1987 that is up-dated by 2012 scientific evidence that supports the Applicant's innocence.

## INMATE'S DECLARATION

I. Logary Harrison, am the Applicant and being presently incarcerated in William G. McConnell Unit, declare under penalty of perjury that, according to my belief, the facts stated in the above Motion are ture and correct, And that a copy of this Motion was filed with the District Clerk of Montgomery County, Conroe Texas., And that a copy of this Motion was send to Court of Criminal Appeals.

Signed and placed in TDCJ mail
Box June 8th, 2016;

By L. Harrison
Lagary Harrison
#806969
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 76102

2.